IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Action No. 08–cr–00190–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUNIOR JESUS MALDONADO,
    a/k/a Jose Luis Armendarez-Chaves,

    Defendant.

---

**STIPULATION** AND **ORDER** REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS

---

    It is stipulated that upon the conclusion of the trial/hearing, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

    DATED this 25th day of June, 2008.

                                        BY THE COURT:

                                        _____
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge

____N/A____                              _____
Counsel for Plaintiff                         Counsel for Defendant